

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

—————————————————

No. 02-24-00561-CV

—————————————————

IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND
ANIJAH GAIL LYNE JONES, Relators

———————————————————————————————————

Original Proceeding
County Court at Law No. 2 of Tarrant County, Texas
Trial Court No. 2024-004468-2

———————————————————————————————————

Before Wallach, Kerr, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus, real party in interest's response, and the trial court's May 22, 2025 "Agreed Order to Bifurcate and Abate Extra-Contractual Claims" and is of the opinion that the petition should be dismissed as moot. Accordingly, we dismiss relators' petition for writ of mandamus as moot. We also lift our April 28, 2025 stay of all trial court proceedings.

Per Curiam

Delivered: May 29, 2025